## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEOPLES FEDERAL SAVINGS BANK, ) ) Plaintiff, ) ) v. ) ) PEOPLE'S UNITED BANK, ) ) Defendant. ) ) | Civil Action No. _____ **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Peoples Federal Savings Bank ("Peoples MA") complains against Defendant People's United Bank ("People's CT") as follows:

### NATURE OF THIS ACTION

1. Peoples MA seeks preliminary and permanent injunctive relief and damages for trademark infringement, unfair competition, false designation of origin and other unlawful acts of People's CT, all in violation of the laws of the United States and the Commonwealth of Massachusetts.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because these claims arise under the trademark laws of the United States.

3. This Court has jurisdiction over the state law and common law claims pursuant to 28 U.S.C. § 1367. The state and common law claims arise from or are substantially related to the same acts giving rise to the federal claims.

4. This Court has personal jurisdiction over People's CT pursuant to Massachusetts General Laws c. 223A § 3 because People's CT does business in the Commonwealth of

Massachusetts and the claims arise from People's CT's tortious acts in the Commonwealth of Massachusetts.

5.  Venue is proper in this district pursuant to 28 U.S.C. § 1391 because People's CT is subject to jurisdiction in this district and/or a substantial part of the events giving rise to the claims herein occurred in this district.

## THE PARTIES

6.  Peoples MA is a federally chartered savings association with its principal place of business and home office at 435 Market Street, Brighton, Massachusetts 02135.

7.  Upon information and belief, People's CT is a federally chartered stock savings bank with its principal place of business and home office at 850 Main Street, Bridgeport, Connecticut 06604.

8.  Upon information and belief, since about April 16, 2010, People's CT has operated branches of its bank in Eastern Massachusetts, including in Lowell, Andover, and Marlborough, Massachusetts.

## FACTUAL BACKGROUND

**Peoples MA's Business and Its Use of Its PEOPLES-Formative Marks**

9.  Peoples MA was established in 1888 under the name Elm Hill Cooperative Bank, which through various acquisitions, including one with Fanueil Cooperative Bank, began operating under the name People's Federal Savings and Loan Association in 1937, and under its current name Peoples Federal Savings Bank in 1982. Since that time Peoples MA has provided banking services, including, savings accounts, checking accounts, and loans, to individual consumers and businesses. Peoples MA's customers are located both throughout Eastern Massachusetts and the United States.

10. Peoples MA operates branches of its bank and ATMs in six (6) communities throughout Eastern Massachusetts: Brighton, Allston, Brookline, Jamaica Plain, West Roxbury, and Norwood. These bank branches and ATMs are located in Norfolk and Suffolk Counties. Peoples MA also operates an ATM in a seventh community, Watertown, Middlesex County, Massachusetts, and two (2) additional ATMs in Brighton, Suffolk County, Massachusetts.

11. Customers may also bank with Peoples MA via the telephone and the internet through its website www.pfsb.com.

12. Peoples MA is the owner of a family of PEOPLES-formative trademarks, including PEOPLES, PEOPLES FEDERAL, PEOPLES FEDERAL SAVINGS BANK and PEOPLESCASH (collectively, the "PEOPLES Marks"), which it uses to identify its banking services (the "Services") to its customers. As set forth below, Peoples MA has continuously used a PEOPLES-formative trademark to identify the Services since at least as early as 1937.

13. Since at least as early as 1937, Peoples MA has used the mark PEOPLES to identify its banking services to its customers and has continuously used the mark since that time.

14. Since at least as early as 1937, Peoples MA has used the mark PEOPLES FEDERAL to identify its banking services to its customers and has continuously used the mark since that time.

15. Since at least as early as February 1983, Peoples MA has used the mark PEOPLES FEDERAL SAVINGS BANK to identify its banking services to its customers and has continuously used the mark since that time.

16. Since at least as early as July 1996, Peoples MA has used the mark PEOPLESCASH to identify its banking services to its customers and has continuously used the mark since that time.

17. By virtue of Peoples MA's continuous use of the PEOPLES Marks, Peoples MA has established trademark rights in the PEOPLES Marks under the laws of the Commonwealth of Massachusetts and the United States.

18. Peoples MA has been granted several Massachusetts state registrations for banking services: Registration No. 72740 for the mark PEOPLES FEDERAL, Registration No. 72738 for the mark PEOPLES FEDERAL SAVINGS BANK, Registration No. 72739 for the mark PEOPLES FEDERAL SAVINGS BANK (and Design) and Registration No. 72741 for the mark PEOPLESCASH (collectively, the "Registrations").  The Registrations are active.

19. Peoples MA actively promotes the PEOPLES Marks to consumers in Eastern Massachusetts, including the Greater Boston market, through print, radio and television advertisements, as well as via the internet.

20. Peoples MA has spent considerable sums of money to promote the PEOPLES Marks to consumers.

21. As a result of Peoples MA's extensive use and promotion of the PEOPLES Marks in Massachusetts (and throughout the United States), consumers of services provided by Peoples MA have come to associate the PEOPLES Marks with Peoples MA's provision of banking services.

22. As a result of the distinctiveness of the PEOPLES Marks and Peoples MA's extensive promotion and use of the PEOPLES Marks, the PEOPLES Marks have become well-known and famous as an indication of origin of the services provided by Peoples MA.

### People's CT and Its Infringing Activities

23. Decades after Peoples MA first used the PEOPLES Marks in commerce in Massachusetts, People's CT sought to expand its footprint to Massachusetts.

24. Upon information and belief, People's CT first used the mark PEOPLE'S UNITED in Central or Western Massachusetts in January 2009, when it merged The Bank of Western Massachusetts (headquartered in Springfield, Massachusetts) and Flagship Bank and Trust Company (headquartered in Worcester, Massachusetts) into People's CT (both banks operate as divisions of People's CT) as part of its acquisition of Chittendon Corporation.

25. Upon information and belief, People's CT first used the mark PEOPLE'S UNITED in Eastern Massachusetts in April 2010, when it acquired the deposits, certain assets, and the banking operations of Butler Bank and Butler Bank's Marlborough Co-Operative division from the FDIC. Butler Bank's headquarters were located in Lowell, Middlesex County, Massachusetts.

26. People's CT has actively promoted the PEOPLE'S UNITED mark in Massachusetts through radio, television and print advertisements, signage, and its website www.peoples.com. For example, signage outside Butler Bank contains the People's United Bank trade name and PEOPLE'S UNITED trademark.

27. People's CT is a direct competitor of Peoples MA. People's CT provides many of the same banking services as Peoples MA within the Commonwealth of Massachusetts and, particularly, within Eastern Massachusetts.

28. Upon information and belief, People's CT plans to further increase its presence and broaden its use of the PEOPLE'S UNITED mark in Massachusetts and New England, including within Peoples MA's market and natural zone of expansion.

29. People's CT knew or should have known of the existence of the PEOPLES Marks at all relative times as a result of this direct competition.

30. Peoples MA has not consented to nor authorized People's CT's use of the PEOPLE'S UNITED mark within Massachusetts.

31. People's CT has infringed the PEOPLES Marks. People's CT's infringement includes, without limitation, the following acts: (a) adopting the PEOPLE'S UNITED mark, which is confusingly similar to the PEOPLES Marks; (b) distributing promotional materials using the confusingly similar PEOPLE'S UNITED mark; and (c) promoting, marketing and offering People's CT's banking services using the confusingly similar PEOPLE'S UNITED mark.

32. People's CT's use of the mark PEOPLE'S UNITED is likely to cause confusion, mistake and deception as to the origin, sponsorship or approval of People's CT's services or commercial activities by Peoples MA.

33. Peoples MA has been and will continue to be damaged by People's CT's use of the PEOPLE'S UNITED mark.

## COUNT I
### Unfair Competition and False Designation of Origin Under 15 U.S.C. § 1125(a)

34. Peoples MA repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

35. People's CT's unauthorized use of the mark PEOPLE'S UNITED, as described above, constitutes unfair competition, trademark infringement and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

36. People's CT's use of the PEOPLE'S UNITED mark has caused and is causing irreparable injury to Peoples MA, for which Peoples MA has no adequate remedy at law, and will continue to do so unless People's CT's use is enjoined by this Court.

37. People's CT's infringing use of the PEOPLES Marks has been willful, wanton, reckless and in total disregard of Peoples MA's rights.

38. By reason of the foregoing, Peoples MA has suffered and will continue to suffer monetary damages and loss of goodwill.

## COUNT II
### Trademark Infringement Under M.G.L. c. 110H

39. Peoples MA repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

40. People's CT's use of the PEOPLE'S UNITED mark has caused or is likely to cause consumers and potential consumers to be confused, mistaken and deceived as to the source, origin, sponsorship or approval of People MA's services.

41. The above-described actions constitute trademark infringement in violation of M.G.L. c. 110H § 12.

42. People's CT's use of the PEOPLE'S UNITED mark has caused and is causing irrepable injury to Peoples MA, for which Peoples MA has no adequate remedy at law, and will continue to do so unless People's CT's use is enjoined by this Court.

43. People's CT's use of the PEOPLES Marks has been willful, wanton, reckless and in total disregard of People MA's rights.

44. By reason of the foregoing, Peoples MA has suffered and will continue to suffer monetary damages and loss of goodwill.

## COUNT III
### Trademark Infringement Under Massachusetts Common Law

45. Peoples MA repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

46. People's CT is engaged in trade and commerce in the Commonwealth of Massachusetts.

47. People's CT's actions as described above regarding the PEOPLE'S UNITED mark constitutes trademark infringement in violation of Massachusetts common law.

48. People's CT's use of the mark PEOPLE'S UNITED has caused and is causing irreparable injury to Peoples MA, for which Peoples MA has no adequate remedy at law, and will continue to do so unless People's CT's use is enjoined by this Court.

49. People's CT's infringing use of the PEOPLES Marks has been willful, wanton, reckless and in total disregard of Peoples MA's rights.

50. By reason of the foregoing, Peoples MA has suffered and will continue to suffer monetary damages and loss of goodwill.

## COUNT IV
### Unfair Competition Under Massachusetts Common Law

51. Peoples MA repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

52. Peoples MA and People's CT are both engaged in trade and commerce in the Commonwealth of Massachusetts.

53. People's CT's actions as described above regarding the mark PEOPLE'S UNITED constitute unfair competition in violation of Massachusetts common law.

54. People's CT's use of the PEOPLE'S UNITED mark has caused and is causing irreparable injury to Peoples MA, for which Peoples MA has no adequate remedy at law, and will continue to do so unless People's CT's use is enjoined by this Court.

55. People's CT's conduct as described above has been willful, wanton, reckless and in total disregard of Peoples MA's rights.

56. By reason of the foregoing, Peoples MA has suffered and will continue to suffer monetary damages and loss of goodwill.

## COUNT V
### Trademark Dilution Under M.G.L. c. 110H

57. Peoples MA repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

58. People's CT is engaged in trade and commerce within the Commonwealth of Massachusetts.

59. People's CT's actions as described above are likely to cause injury to Peoples MA's business reputation or to dilute the distinctive quality of the famous PEOPLES Marks.

60. People's CT's acts began long after the PEOPLES Marks became distinctive and famous, and constitute trademark dilution in violation of M.G.L. c. 110H § 13.

61. People's CT's use of the PEOPLE'S UNITED mark has caused and is causing irreparable injury to Peoples MA, for which Peoples MA has no adequate remedy at law, and will continue to do so unless People's CT's use is enjoined by this Court.

62. People's CT's conduct as described above has been willful, wanton, reckless and in total disregard of Peoples MA's rights.

63. By reason of the foregoing, Peoples MA has suffered and will continue to suffer monetary damages and loss of goodwill.

## COUNT VI
### Unfair Methods of Competition and Deceptive Practices Under M.G.L. c. 93A

64. Peoples MA repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

65. Peoples MA and People's CT are engaged in interstate trade or commerce.

66. People's CT's unfair and deceptive conduct occurred, and is occurring, primarily and substantially in the Commonwealth of Massachusetts.

67. People's CT's conduct as described above has been willful, wanton, reckless and in total disregard of Peoples MA's rights.

68. By reason of the foregoing, People's CT has engaged in unfair and deceptive trade practices in violation of M.G.L. c. 93A.

69. Such conduct by People's CT has caused and will continue to cause irreparable injury to Peoples MA, for which Peoples MA has no adequate remedy at law.

70. Such conduct by People's CT has caused and will continue to cause damage to Peoples MA.

## PRAYER FOR RELIEF

WHEREFORE, Peoples MA prays that this Court:

A. Enter judgment in favor of Peoples MA and against People's CT on all Counts;

B. Order that People's CT, its officers, agents, employees, servants, attorneys, successors and assigns, and all those in privity and acting in concert therewith be preliminarily and permanently enjoined from:

1. Using the mark PEOPLE'S UNITED, or any other mark confusingly similar to the PEOPLES Marks, alone or in combination with other words or with graphic symbols or logotypes, in connection with banking services and any services related to banking services within Massachusetts;

2. Using in any manner any trade name, words, abbreviations or any combinations thereof which would imitate, resemble or suggest the mark PEOPLE'S UNITED within Massachusetts;

3. Otherwise infringing the PEOPLES Marks; and

4. Unfairly competing with Peoples MA, diluting the distinctiveness of Peoples MA's Marks, and otherwise injuring Peoples MA's business reputation in any manner.

C. Order People's CT to pay monetary damages in an amount to be determined at trial;

D. Multiply the amount of damages awarded to Peoples MA as permitted by law;

E. Order that People's CT compensate Peoples MA for the costs of this action and Peoples MA's reasonable attorney's fees; and

F. Grant Peoples MA such other, further, different or additional relief as this Court deems equitable and proper.

## **DEMAND FOR A JURY TRIAL**

**Plaintiff Peoples Federal Savings Bank demands a trial by jury for all triable issues of all claims alleged by this complaint.**

Dated: Boston, Massachusetts
June 15, 2010

Respectfully submitted,

PEOPLES FEDERAL SAVINGS BANK,
By its attorneys

/s/ Lee Carl Bromberg
Lee Carl Bromberg (BBO # 058480)
Erik Paul Belt (BBO # 558620)
Lori J. Shyavitz (BBO # 650172)
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts  02110
Tel:  (617) 449-6500
Fax: (617) 607-9200
Email: lbromberg@mccarter.com